J. Dudley CLARK et al. v. Bartholomew A. BRICKLEY, Trustee, et al.

No. 4165.

Circuit Court of Appeals, First Circuit.

April 29, 1946.

Steinberg & Spelfogel, of Boston, Mass., for appellants.

Samuel Hoar, of Boston, Mass., for appellee.

PER CURIAM.

Upon motion of appellee, it is ordered that this case be docketed, and it is further ordered that the appeal herein be, and the same hereby is, dismissed.

---

Robert L. CLAUSE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9101.

Circuit Court of Appeals, Third Circuit.

Argued April 15, 1946.

Decided April 18, 1946.

William Wallace Booth, of Pittsburgh, Pa. (W. A. Seifert, Norman D. Keller, and Reed, Smith, Shaw & McClay, all of Pittsburgh, Pa., on the brief), for petitioner.

Lee A. Jackson, of Washington, D. C. (Sewell Key, Acting Asst. Atty. Gen., and A. F. Prescott, Sp. Asst. to Atty. Gen., on the brief), for respondent.

Before McLAUGHLIN and O'CONNELL, Circuit Judges, and GOURLEY, District Judge.

PER CURIAM.

The decision of the Tax Court is affirmed upon the opinion of Judge Murdock reported in 5 T.C. 647.

---

Charles A. DUGAS et al. v. NASHUA MANUFACTURING COMPANY.

No. 4168.

Circuit Court of Appeals, First Circuit.

April 29, 1946.

Karl E. Dowd, of Nashua, N. H., for appellants.

Louis E. Wyman, of Manchester, N. H., Robert B. Hamblett, of Nashua, N. H., and Henry L. Mason, Jr., of Boston, Mass., for appellee.

PER CURIAM.

Upon motion of appellee, assented to, it is ordered that this case be docketed, and it is further ordered that the appeal herein be, and the same hereby is, dismissed.

---

Clifford J. JUDD, Appellant, v. UNITED STATES of America, Appellee.

No. 11117.

Circuit Court of Appeals, Ninth Circuit.

April 2, 1946.

Joseph P. Lacey, Harmon D. Skillin, and Fred. McDonald, all of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and Reynold H. Colvin, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before MATHEWS, HEALY, and BONE, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.